UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-23843 GAYLES/Otazo-Reyes

| | |
|---|---|
| ANDRES GOMEZ, Individually, | : |
| Plaintiff | : |
| v. | : |
| THE KNIFE MANAGEMENT, LLC, a Florida Limited Liability Company, and CARMA, LLC, a Florida Limited Liability Company, d/b/a THE KNIFE STEAKHOUSE, | : |
| Defendants | : / |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Andres Gomez, by and through undersigned counsel, hereby gives notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses any and all claims against Defendants, The Knife Management, LLC, a Florida Limited Liability Company, and Carma, LLC, a Florida Limited Liability Company, d/b/a The Knife Steakhouse, without prejudice.

Dated this 16th day of April, 2019.

Respectfully submitted,

Kathy L. Houston, Esq., Of Counsel
THOMAS B. BACON, P.A.
15321 S. Dixie Highway, Suite 205
Miami, FL 33157
Tel:  (305) 420-6609
Fax: (786) 441-4416
Email: khouston@houstonlawfl.com
          and tbb@thomasbaconlaw.com

By:_____/s/ *Kathy L Houston*_____
Kathy L. Houston, Esq.
Florida Bar No: 56042

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that that the foregoing document is being served this 16th day of April, 2019, on all counsel of record via the Court's CM/ECF system.

/s/ *Kathy L. Houston*
Kathy L. Houston, Esq.